THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TANYA C. HAYNES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MUNOZ REGIMBAL and ASSOCIATES, dba INTERNAL MEDICINE NORTHWEST; and DOES 1-3, inclusive,<br><br>　　　　　　　　　Defendant. | NO. C02-5455 RJB<br><br>NOTICE OF DISMISSAL OF COUNTERCLAIM<br>(Fed. R. Civ. P. 41(a)(1)(i) |

TO:   Clerk of the Court;

TO:   Tanya C. Haynes, Plaintiff and

TO:   Artis C. Grant of the law offices of Grant & Grant, Attorneys for Plaintiff

TAKE NOTICE THAT the Defendant, Munoz Regimbal and Associates, dba Internal Medicine Northwest, dismisses its counterclaim without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

DATED this 9 day of October, 2002.

EISENHOWER & CARLSON, PLLC

By: _____
Gregory J. Murphy
WSBA # 16184
Attorney for Defendant

NOTICE OF DISMISSAL OF COUNTERCLAIM - 1
Case No. C02-5455 RJB

00235062.DOC 10313/001

EISENHOWER & CARLSON, PLLC
ATTORNEYS-AT-LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WASHINGTON 98402
PHONE 253-572-4500
FAX 253-272-5732



1 |     The undersigned certifies that on the ___9th___ day of October, 2002, she caused a copy of
2 | the following documents:

3. 
4.     1.    Notice of Dismissal of Counterclaim Fed. R. Civ. P. 41(a)(1)(i)

to be served on the parties listed below by the method(s) indicated:

| Party/Counsel | Method of Service |
|---|---|
| Artis C. Grant, Jr.<br>Law Offices of Grant & Grant<br>3002 South 47th Street<br>Tacoma, WA 98409 | [X] Regular First-Class U.S. mail<br>[ ] Facsimile<br>[ ] Fed-Ex/overnight delivery<br>[ ] Messenger Delivery |

    I certify under penalty of perjury of the laws of the State of Washington that the foregoing statements are true and correct.

_____
Robin Kelly, Legal Assistant to
Gregory J. Murphy

So Ordered. 10/08/02

_____
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL OF COUNTERCLAIM - 2
Case No. C02-5455 RJB

00235062.DOC  10313/001

EISENHOWER & CARLSON, PLLC
ATTORNEYS-AT-LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WASHINGTON 98402
PHONE 253-572-4500
FAX 253-272-5732

```
                                                        car
              United States District Court
                      for the
              Western District of Washington
                   October 10, 2002


            * * MAILING CERTIFICATE OF CLERK * *


Re:  3:02-cv-05455



True and correct copies of the attached were mailed by the clerk to the
following:


        Artis C Grant Jr., Esq.
        LAW OFFICES OF GRANT & GRANT
        3002 S 47TH ST
        TACOMA, WA  98409
        FAX 1-253-473-9695

        Gregory John Murphy, Esq.
        EISENHOWER & CARLSON
        STE 1200
        1201 PACIFIC AVE
        TACOMA, WA  98402
        FAX 1-253-272-5732

        Judge Bryan
```