THE HONORABLE ROBERT J BRYAN

FILED ____ LODGED ____ RECEIVED
NOV 1 2 2002
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA C HAYNES,

    Plaintiff,

v

MUNOZ REGIMBAL and ASSOCIATES, dba INTERNAL MEDICINE NORTHWEST, and DOES 1-3, inclusive,

    Defendant

NO C02-5455 RJB

NOTICE OF SUBSTITUTION OF COUNSEL

TO      THE CLERK OF THE COURT

AND TO      TANYA C HAYNES, Plaintiff

AND TO      ARTIS C GRANT, JR, Plaintiff's attorney

YOU AND EACH OF YOU PLEASE TAKE NOTICE that the undersigned attorney is substituted in place and stead of Gregory J Murphy as attorney for the Defendant, and requests that all further papers or pleadings in this caused be served upon him at the address below

DATED this _____ day of November, 2002

EISENHOWER & CARLSON, PLLC

By _____
Donald L Anderson, WSBA # 8373
Substituting Attorney for Defendant

CV 02 05455 #00000007

EISENHOWER & CARLSON, PLLC
ATTORNEYS AT LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA WASHINGTON 98402
PHONE 253 572-4500
FAX 253 272 5732

NOTICE OF SUBSTITUTION APPROVED

*[signature]*
Gregory D. Murphy, WSBA # 16184
Withdrawing Attorney for Defendant

### Certificate of Service

The undersigned certifies that on the 11th day of November, 2002, she caused a copy of the foregoing document to be served on the party listed below by the method indicated

| Party/Counsel | Method of Service |
|---|---|
| Artis C. Grant, Jr.<br>Law Offices of Grant & Grant<br>3002 South 47th Street<br>Tacoma, WA 98409 | [ ] Regular First-Class U.S. mail<br>[ ] Facsimile<br>[ ] Fed-Ex/overnight delivery<br>[X] Messenger Delivery |

I certify under penalty of perjury of the laws of the State of Washington that the foregoing statements are true and correct

*[signature]*
Deidre M. Turnbull
Assistant to Donald L. Anderson

---

NOTICE OF SUBSTITUTION OF COUNSEL - 2
Case No. C02-5455 RJB

00237768.DOC  10313/001

EISENHOWER & CARLSON, PLLC
ATTORNEYS AT-LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA, WASHINGTON 98402
PHONE 253-572-4500
FAX 253-272-5732