

HONORABLE ROBERT J BRYAN

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TANYA C HAYNES,<br><br>Plaintiff,<br><br>vs<br><br>MUNOZ REGIMBAL AND ASSOCIATES, doing business as INTERNAL MEDICINE NORTHWEST, and DOES 1-3, inclusive,<br><br>Defendants | NO. C02-5455 RJB<br><br>JOINT STATUS REPORT |



CV 02-05455 #00000009

Defendants, by and through their attorney of record, Donald L Anderson of The Law Offices of EISENHOWER & CARLSON, PLLC, and plaintiff, by and through her attorney of record, Artis C Grant, Jr of the Law Office of GRANT & GRANT, submit the following joint status report and discovery plan

1  <u>Statement of Nature and Complexity of Case</u>  This is a pregnancy discrimination and sex discrimination case arising out of the employment relationship of plaintiff Tanya Haynes and Munoz Regimbal and Associates  Plaintiff alleges the
JOINT STATUS REPORT - 1
E /6193 D2

ORIGINAL

The Law Offices of GRANT & GRANT
The Law Dome
3002 So 47th Street
Tacoma Washington 98409
Telephone (253) 472-6213



defendants had some role in the pregnancy and sex discrimination. Plaintiff has alleged claims of Pregnancy Discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. Plaintiff also has alleged claims of Sex Discrimination in violation of Washington Constitution, Art. 31 § 1,2, RCW 49.60, and WAC 162-30-020. Defendants have denied plaintiff's claims and asserted affirmative defenses. This case is a non-complex civil action.

2. <u>Results of FRCP 26(f) Conference</u>. Counsel for the parties conferred on November 15, 2002, and agreed to the Joint Discovery Plan contained in this report.

3. <u>Deadline for Joining Additional Parties</u>. The parties propose a deadline for joining additional parties of December 15, 2002.

4. <u>Statement of ADR Method</u>. The parties have agreed that alternative dispute resolution through the use of a private mediator may be helpful in resolving plaintiff's claims.

5. <u>Deadline for Conducting ADR</u>. The parties have set a date of April 30, 2003, as the deadline for mediation to be completed under Local Rule 39.1. Due to the complexity of the case this deadline may have to be extended.

6. <u>Proposed Discovery Plan</u>

A. The parties held their FRCP 26(f) conference on November 15, 2002. Defendants and Plaintiff will produce their FRCP 26(a) initial disclosures by December 2, 2002.

B. Discovery will be needed into the facts of the case, plaintiff's alleged economic and emotional distress damages, and the affirmative defenses raised by the defendants. The parties agree that discovery should be conducted pursuant to the Federal Rules of Civil Procedure and Local Rules in the Western District of Washington. The plaintiff believes more than 10 depositions will be required for Plaintiff's case and believes no deposition will require more than one seven hour day. The Defendants

JOINT STATUS REPORT - 2
E /6193 D2

The Law Offices of GRANT & GRANT
The Law Dome
3002 So 47th Street
Tacoma Washington 98409
Telephone (253) 472-6213

believe that not more than one day will be sufficient for any deponent other than the plaintiff

  C The parties are in agreement that discovery should be managed to minimize expense, but for the present have agreed to utilize the Federal Rules of Civil Procedure for the exchange of discovery documents

  D The parties will attempt to prioritize discovery so that meaningful mediation may occur prior to the completion of the discovery that would otherwise be required if the case were to proceed to trial

  E The parties will submit to the Court, at a later date, a stipulated protective order for confidential documents, if any, and medical records

  7 <u>Deadline for Conclusion of Discovery</u> April 30, 2003

  8 <u>Use of Magistrate</u> The parties do *not* agree that a full-time magistrate may conduct all proceedings, including trial and entry of judgment under 28 U.S.C. § 636(c) and Local Rule MJR 13

  9 <u>Bifurcation</u> The parties agree that this case should not be bifurcated

  10 <u>Pretrial Trial Matters</u> Trial statements and a pre-trial order, pursuant to Local Rule 16 should be required

  11 <u>Shortening or Simplifying Case</u> The parties do not have at present any suggestions for shortening or simplifying the case

  12 <u>Trial Date</u> The case will be ready for trial on September 15, 2003

  13 <u>Jury</u> Trial will be by jury

  14 <u>Length of Trial</u> This trial should not last more than four court days

  15 <u>Unavailability of Counsel for Trial</u> At present, counsel for the parties do not foresee any complications in setting a September 15, 2003, trial date

  16 <u>Status Conference</u> The parties have agreed that a status conference is not necessary in this case

JOINT STATUS REPORT - 3
E /6193 D2

The Law Offices of GRANT & GRANT
The Law Dome
3002 So 47th Street
Tacoma, Washington 98409
Telephone (253) 472-6213

1

2  DATED this 25th day of November, 2002.

3

4                              THE LAW OFFICE OF GRANT & GRANT

5

6                              By _____
                                  Artis C. Grant, Jr., WSBA No. 26204
7                                 Attorney for Plaintiff

8  DATED this ___ day of November, 2002

9

10

11                             EISENHOWER & CARLSON, PLLC

12                             By _____
                                  Donald L. Anderson, WSBA No. 8373
13                                Attorneys for Defendants

DATED this 25th day of November, 2002.

                                    THE LAW OFFICE OF GRANT & GRANT

                                    By _____
                                    Artis C. Grant, Jr., WSBA No. 26204
                                    Attorney for Plaintiff

DATED this 26 day of November, 2002.

                                    EISENHOWER & CARLSON, PLLC

                                    By _____
                                    Donald L. Anderson, WSBA No. 8373
                                    Attorneys for Defendants