THE HONORABLE RONALD B LEIGHTON

FILED   LODGED
RECEIVED

DEC 1 0 2002

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA C HAYNES,

    Plaintiff,

v

MUNOZ REGIMBAL and ASSOCIATES, dba
INTERNAL MEDICINE NORTHWEST, and
DOES 1-3, inclusive,

    Defendants

NO C02-5455(RJB)RBL

DEFENDANTS' INITIAL
DISCLOSURES PURSUANT TO
FED R CIV P 26(a)

Defendants make their initial disclosures to Plaintiffs pursuant to Fed R Civ Proc 26(a)(1)

1    <u>Identities of Individuals Likely to Have Discoverable Information (Fed R Civ P 26(a)(1)(A))</u>

Defendants identify the following individuals who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings  Defendants reserve the right to add additional individuals, including without limitation any of those listed by any other party to these proceedings, as may be appropriate and to supplement these disclosures as additional information becomes available

    1 1    Linda Cantrell
              825 East 60th
              Tacoma, WA  98406

Ms Cantrell is employed by Defendant Internal Medicine Northwest and possesses testimonial knowledge of Ms Haynes employment at Internal Medicine Northwest, including statements made by Ms Haynes' that she intended to return to work at Internal Medicine Northwest on a part-time basis following her maternity leave so she could attend college using scholarship funds  Ms Cantrell also possesses testimonial knowledge Defendants' reliance on Ms Haynes' statements of returning to work on a part-time basis

S PURSUANT TO
ORIGINAL

EISENHOWER & CARLSON, PLLC
ATTORNEYS-AT LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA WASHINGTON 98402
PHONE 253 572 4500
FAX 253 272-5732

CV 02 05455 #00000010

/0

1 2    Karen Forbush
       3115 North Bennett
       Tacoma, WA 98407

Ms Forbush is employed by Defendant Internal Medicine Northwest and possesses testimonial knowledge of Ms Haynes employment at Internal Medicine Northwest, including statements made by Ms Haynes' that she intended to return to work at Internal Medicine Northwest on a part-time basis following her maternity leave so she could attend college using scholarship funds

1 3    Alycia Jimenez
       1301 South Oakes
       Tacoma, WA 98405

Ms Jimenez is employed by Defendant Internal Medicine Northwest and possesses testimonial knowledge of statements made Ms Haynes early in her pregnancy that she intended to return to work on a part-time basis so she could use scholarship funds to attend college Specifically, Ms Jimenez possesses testimonial of Ms Haynes' stated intention to return to work at Internal Medicine Northwest on a part-time basis after three months maternity so she could attend college to become a registered nurse Ms Jimenez also possesses testimonial knowledge of Internal Medicine Northwest's reliance on Ms Haynes' statements

1 4    Ruth Prins
       8012 South K Street
       Tacoma, WA 98408

Ms Prins is employed by Defendant Internal Medicine Northwest and possesses testimonial knowledge of several statements made by Ms Haynes regarding her intention to return to work on a part-time basis, or not at all, following her pregnancy leave so she could attend college

1 5    Heather Stieferman
       1921 208th Street East
       Spanaway, WA 98387

Mr Stieferman possesses testimonial knowledge of statements made by Ms Haynes that she intended to return to work from maternity leave on a part-time basis so she could attend college Ms Stieferman also possesses testimonial knowledge that, prior to starting maternity leave, Ms Haynes had already selected her college classes and determined which credits she could be applied toward a nursing degree

1 6    Christina Young
       30405 93rd Street East
       Sumner, WA 98390

Ms Young is employed by Defendant Internal Medicine Northwest She possesses testimonial knowledge of several statements made by Ms Haynes prior to starting maternity leave that she intended to return from leave on a part-time basis to attend college for a nursing degree

DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO
FED R CIV P 26(a)

00239532 DOC

EISENHOWER & CARLSON, PLLC
ATTORNEYS AT LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA WASHINGTON 98402
PHONE 253 572 4500
FAX 253 272-5732

1 7    Janice Brame
1209 North Anderson
Tacoma, WA 98406

Ms Brame is employed by Defendant Internal Medicine Northwest She possesses testimonial knowledge of statements made by Ms Haynes during Internal Medicine Northwest medical assistant meetings that she planned to return form maternity leave on a part-time basis to attend college to obtain a nursing degree

1 8    Defendant Tayna Hanyes

Ms Haynes possesses testimonial knowledge of her employment with Defendant Internal Medicine Northwest and her intention to return to work on a part-time basis to attend college following the expiration of her maternity leave

2    Description of Documents (Fed R Civ P 26(a)(1)(B))

Defendants identify below the following categories of documents, data compilations and tangible things in the possession, custody, or control of Defendants that are relevant to disputed facts alleged with particularity in the pleadings Unless otherwise indicated, copies of all of the items described below are located at the offices of Eisenhower & Carlson, PLLC, 1201 Pacific Avenue, Suite 1200, Tacoma, WA 98402 Defendants reserve the right to amend and supplement this list as additional information becomes available

2 1    Internal Medicine Northwest's personnel file for Tanya Haynes,
2 2    Washington State Employment Security Department – Claimant's Separation Statement (with attachment),
2 3    May 21, 2002 letter from Janice Brame regarding Tanya Haynes return to work date,
2 4    U S Equal Employment Opportunity Commission – Charge of Discrimination,
2 5    U S Equal Employment Opportunity Commission – Notice of Charge of Discrimination,
2 6    U S Equal Employment Opportunity Commission – Dismissal and Notice of Rights

3    Computation of Damages Claimed (Fed R Civ P 26(a)(1)(C))

Does not apply

4    Insurance Agreement (Fed R Civ P 26(a)(1)(D))

None

DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO
FED R CIV P 26(a)

00239532 DOC

EISENHOWER & CARLSON, PLLC
ATTORNEYS-AT-LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA WASHINGTON 98402
PHONE 253 572-4500
FAX 253 272 5732

DATED this 6th day of December, 2002

EISENHOWER & CARLSON, PLLC

By: _____ 27627
   Donald L Anderson, WSBA # 8373
   Attorneys for Defendants

DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO
FED R CIV P 26(a)

00239532 DOC

EISENHOWER & CARLSON, PLLC
ATTORNEYS AT LAW
1200 WELLS FARGO PLAZA
1201 PACIFIC AVENUE
TACOMA WASHINGTON 98402
PHONE 253 572 4500
FAX 253 272 5732